```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEBORAH DONOGHUE and AARON RUBENSTEIN,

                    Plaintiffs,

        v.                                                        Index No. 14-CV-7640 (ER)

RETROPHIN, INC.,                                                  STIPULATION AND
                                                                  ORDER
                    Nominal Defendant,

and MARTIN SHKRELI,

                    Defendant.
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/2014

WHEREAS, Plaintiffs assert that they served Defendant Martin Shkreli (the "Defendant") with the Complaint in this action on October 1, 2014 and have filed an Affidavit of Service;

WHEREAS, the Defendant contested whether service was effective and believes it had valid grounds to challenge service;

WHEREAS, this dispute also affected the due date of any response of the Defendant to the Complaint herein;

NOW THEREFORE the Plaintiffs and the Defendant, through their undersigned counsel, hereby stipulate and agree as follows:

The Defendant's counsel has accepted service of the Complaint and the Defendant agrees not to interpose any affirmative defense or objection challenging service of process; and

The Defendant's time to move, answer or otherwise respond to the Complaint herein, be and hereby is set as November 24, 2014; and

162308

Facsimile or electronic copies of this Stipulation and the signatures contained hereon shall be deemed to be originals, and this Stipulation may be executed in counterparts.

Dated: New York, New York
November 18, 2014

DAVID LOPEZ, ESQ.

By: *[signature]*
David Lopez
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969

*Attorneys for Plaintiff*

REITLER KAILAS & ROSENBLATT LLC

By: *[signature]*
Jocelyn Jacobson
885 Third Avenue, 20th Floor
New York, New York 10022
Tel.: (212) 209-3050

*Attorneys for Defendant Martin Shkreli*

SO ORDERED.

Dated: New York, New York
November 18, 2014

*[signature]*
Edgardo Ramos
*United States District Judge*

Copies by ECF to:   All Counsel

162308