UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBORAH DONOGHUE and
AARON RUBENSTEIN,

                                    Plaintiffs,

          - against -

MARTIN SHKRELI and
RETROPHIN, INC.,          Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1|20|2015__

**CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

__14__ CV __7640_____ (ER)

          This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.    All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.    This case [is] [is not] to be tried to a jury.

3.    Joinder of additional parties must be accomplished by __January 15, 2015__.

4.    Amended pleadings may be filed until __January 15, 2015__.

5.    Interrogatories shall be served no later than __January 30, 2015__ and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6.    First request for production of documents, if any, shall be served no later than __January 30, 2015__

7.    Non-expert depositions shall be completed by __April 30, 2015__.

      a.    Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

      b.    Depositions shall proceed concurrently.

      c.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

14 Civil 7640-ER

8.   Any further interrogatories, including expert interrogatories, shall be served no later than ___May 29, 2015___ .

9.   Requests to Admit, if any, shall be served no later than ___June  1, 2015___ .

10.  Expert reports shall be served no later than ___N/A___ .

11.  Rebuttal expert reports shall be served no later than ___N/A___ .

12.  Expert depositions shall be completed by ___N/A___ .

13.  Additional provisions agreed upon by counsel are attached hereto and made a part hereof.  Dispositive Motions, If Any, Shall Be Served No Later Than July 15, 2015.

14.  **ALL DISCOVERY SHALL BE COMPLETED BY** ___July 15, 2015___ .

15.  Any motions shall be filed in accordance with the Court's Individual Practices.

16.  This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.  The Magistrate Judge assigned to this case is the Hon. ___Michael H. Dollinger___

18.  If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.  The next case management conference is scheduled for ___July 15, 2015___ , at ___11:00 am___ . (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
         January 15, 2015

Edgardo Ramos, U.S. District Judge