## MIRIAM TAUBER

885 Park Avenue No. 2A     (323) 790-4881
New York, NY 10075          MiriamTauberLaw@gmail.com

July 30, 2015

**Via ECF**

Hon. Michael H. Dolinger (S.D.N.Y.)

Re:  *Donoghue v. Retrophin*, No. 14-cv-7640

Your Honor:

    I am pleased to inform the Court that the parties have reached an agreement in principle to settle this matter. On behalf of all parties, I thank the Court for offering to facilitate settlement discussions, and advise the Court that the mediation conference presently scheduled for August 3, 2015, will no longer be necessary.

    Additionally, I write on behalf of all parties to request a 30-day extension of all presently outstanding case deadlines while the parties finalize the settlement agreement to resolve the claims asserted in this action. The parties anticipate that this case will be voluntarily dismissed within that 30-day period. This is the third (and, barring unforeseen circumstances, will be the final) request for an extension of deadlines in this case.

    The parties once again extend our appreciation to the Court for the time and consideration it has devoted to this matter.

                                Very truly yours,

                                   */s/ Miriam Tauber*

                                Miriam Tauber
                                *Attorney for Plaintiffs*

**cc:** All counsel (via ECF)