# ARNOLD & PORTER LLP

**Kathleen A. Reilly**
Kathleen.Reilly@aporter.com

+1 212.715.1172
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

February 11, 2016

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Donoghue, et al. v. Retrophin, Inc., et al., No. 14-CV-7640 (ER)

Dear Judge Ramos:

We are counsel of record for defendant Martin Shkreli in the above-referenced case, and we write respectfully to submit the enclosed Consent Order for the Substitution of Counsel. Mr. Shkreli has advised Arnold & Porter LLP that he wishes to substitute Fox Rothschild LLP as counsel in this case in connection with any post-judgment discovery. As set forth in my attached declaration (Declaration of Kathleen A. Reilly), this substitution of counsel is in the best interest of Mr. Shkreli.

We are providing notice to counsel for all parties via this letter.

We respectfully request that the Court enter the Consent Order, and that Fox Rothschild be substituted as counsel of record in place of Arnold & Porter. We thank the Court for its consideration of this matter.

Respectfully Submitted,

Kathleen A. Reilly

cc: All Counsel (*via ECF*)

Martin Shkreli (Defendant) (*via E-mail*)

Scott Vernick (New Counsel for Defendant) (*via E-mail*)
William Stassen (New Counsel for Defendant) (*via E-mail*)
Fox Rothschild LLP

# ARNOLD & PORTER LLP

Honorable Edgardo Ramos
February 11, 2016
Page 2

2000 Market St., 20th Floor
Philadelphia, PA 19103
svernick@foxrothschild.com

John A. Wait (New Counsel for Defendant) (*via E-mail*)
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017
jwait@foxrothschild.com