# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

February 22, 2016

Hon. Edgardo Ramos
Judge of the United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Donoghue and Rubenstein v. Shkreli and Retrophin, Inc.**
**14 Civil 7640 (ER) // Request For Pre-Motion Conference**

Your Honor:

My earlier letter of this date, at page 2, listed Jocelyn Jacobson as a person to be made the subject of a motion to compel compliance with an information subpoena which has not been answered fully.

Ms. Jacobson has correctly objected that it was her firm and not she personally who was served with the subpoena in question. My apologies to Ms. Jacobson, who is the only member of her firm with whom I have dealt. I ask that her name be stricken and the name of her firm be substituted. It is Reitler, Kailas et al. that we seek to compel and trust that they will produce Ms. Jacobson at any deposition that may ensue.

Very truly yours,

David Lopez

DL/el