# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

March 17, 2016

Hon. Edgardo Ramos
Judge of the United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Donoghue et ano. v. Retrophin and Shkreli, 14 Civil 7640 (ER)

Your Honor:

I am one of plaintiffs' counsel and I write to request permission to bring a motion additional to those listed in the minute entry for yesterday's hearing.

As I stated in open court, plaintiffs' counsel have a judgment against Mr. Shkreli which is separate and independent of the judgment procured against him by us on Retrophin's behalf. Mr. Shkreli has putative defenses of offset against Retrophin which need to be adjudicated. He has none against us and his counsel has expressed a desire to see Mr. Shkreli's obligation to us discharged.

Acting on behalf of both judgment creditors - Retrophin and plaintiffs' counsel - we have restrained what we believe are likely to be sufficient assets to discharge both judgments. If Mr. Shkreli were to prevail on his claim of a right of advancement of litigation costs against Retrophin we would still have delivered to Retrophin the full value of the judgment, the offset being an independent matter between Retrophin and Mr. Shkreli relating to dealings extraneous to the case

Retrophin has so far declined to reimburse us for out-of-pocket advancements in our collection efforts which now exceed $10,000 and has flatly refused to compensate us for time charges incurred to its benefit, which now exceed in straight time $50,000. We seek a ruling from the court that we may satisfy our judgment from funds we have restrained and are executing upon and that we may thereafter be relieved of any further professional obligation to continue with collection efforts on Retrophin's behalf. We further ask a ruling from the court that we are entitled to reimbursement of our disbursements and of our time expenditures in a ratio that reflects the respective dollar amounts of the judgment we procured for Retrophin and the judgment we procured for ourselves (2,025,000 : 600,000 or 76.9% vs. 23.01%).