DAVID LOPEZ

Hon. Edgardo Ramos
March 17, 2016
Page 2

Upon being paid we are willing to deliver to Retrophin our collection work product and to cooperate in having the restraints we have placed on Mr. Shkreli's varied assets transferred to Retrophin's oversight, as well as to transfer to Retrophin control over any funds or assets we have recovered and hold in escrow, beyond an approved payment to us. Until then we assert our attorney's retaining liens as to work product.

We are not fans of involuntary servitude and wish to be shed of Retrophin and its belief that it is right and natural that we should work without compensation, funding disbursement at our own sole expense and awaiting resolution of its unique vulnerabilities. They are extraneous to the substance of its judgment and irrelevant to ours.

If allowed to move, we propose briefing be on the same schedule established in the minute entry of March 16, 2016.

Very truly yours,

David Lopez

DL/el
cc:   All Counsel of Record
      Via ECF