**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF Deborah Donoghue and Aaron Rubenstein | COURT CASE NUMBER 14-CIV.-7640 (ER) |
| DEFENDANT Retrophin, Inc. (Nominal Defendant), and Martin Shkreli (Defendant) | TYPE OF PROCESS Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Citibank Legal Service Intake Unit - Citibank NA Account No. 004997403554 (Name on account: Martin Shkreli)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Court Square, 31st Floor, Long Island City, NY 11120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Miriam Tauber
Attorney for Plaintiffs
885 Park Avenue 2A
New York NY 10075

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Alternate address for service: 399 Park Avenue, New York NY 10022.
Phone numbers: 866-582-6249; 210-677-7116; 210-357-8609 (Priscilla). Routing number for account: 021000089.
Funds of $343,042.53 in account have been restrained pending satisfaction of Judgment in this case.
Citibank internal restraint confirmation no.: LSI-01282016-3846032.
SSN for Judgment Debtor / Account Holder Martin Shkreli: 051-720-437; DOB 3/17/1983

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 323-790-4881
DATE: Feb. 5, 2016

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No. 054
District to Serve No. 054
Date: 2/5/16

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Russ Abidally - VP

Address (complete only different than shown above):

Date: 2/5/16   Time: 2:55 pm

Signature of U.S. Marshal or Deputy   #4416

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $12.45 | | $77.45 | | |

I hereby certify and return that on February 17, 2016, I received a check from Sterne Agee in the amount of $20,108.38 and on March 25, 2016, I received a check from Citibank in the amount of $343,042.53 representing funds for case number 14 Civ. 7640

Judgment Partially Satisfied
Dated: New York, NY
April 8, 2016

Michael Greco
United States Marshal

By: Allison Honeymar
Deputy United States Marshal

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

14-7640-1