**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Deborah Donoghue and Aaron Rubenstein | **COURT CASE NUMBER** 14-Civ.-7640 (ER) |
| **DEFENDANT** Retrophin, Inc. (Nominal Defendant), and Martin Shkreli (Defendant) | **TYPE OF PROCESS** Writ of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Laidlaw & Co. (UK) Ltd. - Account No. 4183-0153
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  546 5th Avenue, 5th Floor, New York, NY 10036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Miriam Tauber
Attorney for Plaintiffs
885 Park Avenue 2A
New York NY 10075

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

$26,000 in account restrained pending satisfaction of Judgment entered in this case.
Contact for restraint: Charles Smulevitz, Sr. Compliance Manager, 212-953-4904.
SSN of Judgment Debtor / Account holder: 051-720-437; DOB 3/17/1983.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 323-790-4881
DATE: Feb. 5, 2016

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: P2
District of Origin: No. 054
District to Serve: No. 054
Date: 2/5/16

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*): John Coolong - CFO

Date: 2/5/16  Time: 2:27 pm

Signature of U.S. Marshal or Deputy: [signature] #4416

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $6.22 | | $71.22 | | |

I hereby certify and return that on February 17, 2016, I received a check from Sterne Agee in the amount of $20,108.38 and on March 25, 2016, I received a check from Citibank in the amount of $343,042.53 representing funds for case number 14 Civ. 7640

Judgment Partially Satisfied
Dated: New York, NY
April 8, 2016

Michael Greco
United States Marshal

By: Allison Honeymar
Deputy United States Marshal

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

14-7640-2

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____    DOCKET NO. 14 Civ. 7640 (ER)

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of _____

__Martin Shkreli__

in your district you cause to be made the sum of __Two Million Six Hundred Twenty-Five__

_____ dollars and __no__ cents, ($ __2,625,000.00__ )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit, __Retrophin, Inc., and Plaintiffs Deborah Donoghue and Aaron Rubenstein__

recovered against the said __Martin Shkreli__

in an action between __Deborah Donoghue and Aaron Rubenstein__

PLAINTIFFs and __Retrophin, Inc., Nominal Defendant,__

__and Martin Shkreli,__

DEFENDANT, in favor of said __Nominal Defendant in the amount of Two Million Twenty-Five Dollars__

__$2,025,000.00 and Plaintiffs in the amount of Six Hundred Thousand Dollars ($600,000.00)__

as appears by the record filed in the Clerk's Office of said District Court on the __2nd__ day

of __December__, in the year of __2015__

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the __20__ day of __JANUARY__ in the year of our Lord __2016__, and of the Independence of the United States the two hundred __AND__ __THIRTY NINTH__ year.
    (year)

_____
CLERK

SDNY Web
10/18/2012

[Filing stamp: 2016 FEB -5 AM 10:56 / U.S. MARSHALS SERVICE / SOUTHERN NEW YORK]

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Deborah Donoghue and Aaron Rubenstein, Plaintiffs

-against-

Retrophin, Inc., Nominal Defendant,
and Martin Shkreli, Defendant

EXECUTION AGAINST PROPERTY

Attorney for
Plaintiffs Donoghue and Rubenstein

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

Two Million Six Hundred Twenty-Five Thousand _____ Dollars
and no _____ cents,
with interest from the 19th
day of January _____, 2016,
besides your fees, etc.

s/ Miriam Tauber _____
                                    Attorney