# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

May 23, 2016

Hon. Edgardo Ramos
Judge of the United States
District Court, Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    Donoghue et ano. vs. Retrophin and Shkreli, 14 Civil 7640 (ER)**

Your Honor:

I am one of Plaintiffs' counsel in the above-captioned matter and this letter is a partial status report on case developments.

The parties have contracted to have monies executed upon by Plaintiffs' counsel paid over to such counsel in partial satisfaction of their judgment with Mr. Shkreli and Retrophin both providing supplemental funds that fully satisfy the judgment in favor of such counsel and other obligations of the parties.  In return Plaintiffs' counsel have agreed to and are in the process of assigning to Retrophin's counsel, Cooley LLP, all restraining notices and information subpoenas they served on persons who might hold assets of Mr. Shkreli .  Cooley LLP will assume all future responsibility for enforcement of Retrophin's judgment.  We will cooperate with Retrophin's counsel where and when we can in their continuing efforts but we do so only as a professional courtesy and as required by our settlement agreement dated May 11, 2016.

Plaintiffs' counsel have no further stake in proceedings before this court in this case and respectfully withdraw.  Unless otherwise instructed by the court we will not participate in future case events including the filing of any motions that the court has previously allowed and scheduled.

Very truly yours,

David Lopez

DL/el
Service on All Counsel of Record
Via ECF