

**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

SCOTT L. VERNICK
DIRECT DIAL: 215-299-2860
EMAIL ADDRESS: SVERNICK@FoxRothschild.com

June 3, 2016

**VIA E-MAIL [moses_nysdchambers@nysd.uscourts.gov]**

Honorable Barbara C. Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 920
New York, NY 10007

Re: **Donoghue, et al. v. Retrophin, Inc., et al.**
     **Case No. 14-CV-7640 (ER) (BCM)**

Dear Judge Moses:

    We represent defendant Martin Shkreli. On March 17, 2016, Judge Ramos referred these proceedings to Your Honor to conduct a settlement conference. By letter dated April 13, 2016, we informed the Court that the parties were close to reaching a settlement, and we sought an adjournment of the conference. The Court rescheduled the conference for June 14, 2016.

    Since our letter, nominal defendant Retrophin, Inc. ("Retrophin") and Mr. Shkreli have completed a settlement with Plaintiffs' counsel. Retrophin and Mr. Shkreli have also agreed in principle on the terms of a settlement between them. [REDACTED] In light of these developments, Mr. Shkreli requested a conference before Judge Ramos in an effort to resolve the uncertainty, and Judge Ramos agreed to see the parties on June 10, 2016. [REDACTED]

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
     Illinois   Nevada   New Jersey   New York   Pennsylvania   Texas



Honorable Barbara C. Moses
June 3, 2016
Page 2

      In view of the present circumstances as outlined here, we respectfully request that the Court adjourn the conference scheduled for June 14, 2016.

      Retrophin consents to this request. In advance, thank you for your attention to this matter.

Respectfully submitted,

Scott L. Vernick

SLV/cms

cc:    Hon. Edgardo Ramos (via email, chambersnysdramos@nysd.uscourts.gov)
       Celia Barenholtz (via email, cbarenholtz@cooley.com)
       Ian Shapiro (via email, ishapiro@cooley.com)
       William Stassen (via email, wstassen@foxrothschild.com)